IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re Polyurethane Foam Antitrust Litigation | Case No. 1:10 MD 2196 |
| This document relates to:<br>INDIRECT PURCHASER CLASS | <u>JUDGMENT ENTRY</u><br><br>JUDGE JACK ZOUHARY |
| Case Nos.<br>3:10-pf-10007 (Vicky's Furniture)<br>3:11-pf-10002 (Gomez)<br>3:11-pf-10003 (Hudson)<br>3:11-pf-10010 (Beastrom) | |

This Court having filed its Memorandum Opinion and Order (Case No. 10 MD 2196, Doc. 2020), granting the Indirect Purchaser Class Motions for Final Approval (Docs. 1987 & 1988), and no other claims remaining, this Court enters final judgment on the terms set forth in the Order of Final Approval. These cases are now closed.

IT IS SO ORDERED.

                                                             s/ *Jack Zouhary*
                                                    JACK ZOUHARY
                                                    U. S. DISTRICT JUDGE

January 27, 2016